## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
|    LEVINE    | |
| Plaintiff | |
| | CIVIL ACTION |
| V. | |
| | NO.  1:21-11742-WGY |
| GRUBHUB HOLDINGS, INC. et al | |
| Defendant | |

### ORDER OF DISMISSAL

 YOUNG, DJ ,

In accordance with the Court's Order [DE 30] on   1/25/2022  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 January 28, 2021                                                    /s/ Jennifer Gaudet
Date                                                                         Deputy Clerk